AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*February 19, 2025*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jesus Javier Tirado-Sanchez,  aka Jesus Javier Tirado; aka Jesus Javeer Tirado | ) ) ) | Case No.  **4:25-mj-0082** |
| | ) ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 16, 2025___ in the county of ___Brazos___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | Illegal re-entry into the United States after having previously been deported to Mexico, subsequent to having been convicted of a crime defined as a felony, without first applying for and obtaining permission from the Attorney General of the United States, or the Secretary for the Department of Homeland Security, for admission to the United States following deportation from the United States, in violation of Title 8, United States Code, Section(s) 1326(a) and (b). |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

❒ Continued on the attached sheet.

*Complainant's signature*

Terry Matthias, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: ___02/19/2025___

*Judge's signature*

City and state:       ___Houston, Texas___

Hon. Dena H. Palermo, United States Magistrate Judge
*Printed name and title*

**4:25-mj-0082**

<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Terry Matthias, being duly sworn by telephone, hereby depose and say:

(1)    I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since June 24, 2007.  Prior to this assignment, I have held the following positions: Customs and Border Protection Officer and Immigration Enforcement Agent.  My law enforcement career began July 2006, as a Customs and Border Protection Officer.  I have over 18 years of immigration law enforcement experience.

(2)    On February 18, 2025, at approximately 1205 hrs., Jesus Javier Tirado-Sanchez, was detained by ICE.  The defendant also goes by the alias of Jesus Javier Tirado; Jesus Javeer Tirado.

(3)    The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases.  According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously convicted and deported.

(4)    Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and (b).

(5)    <u>Element One</u>:  The Defendant is a citizen and national of Mexico and not a native, citizen or national of the United States.

(6)    <u>Element Two</u>:  The Defendant has previously been deported or removed from the United States on the following occasion(s):

     a.   December 04, 2023.

(7)    <u>Element Three</u>:  After deportation, the Defendant was subsequently found in the United States on February 16, 2025, in Brazos County, Texas, which is within the Houston Division Southern District of Texas.  Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in this paragraph.  On February 18, 2025, LESC advised me that it had no record of such an encounter.

(8)    <u>Element Four</u>:  The Defendant did not have permission to reenter the United States. On February 18, 2025, I reviewed the contents of the Alien File associated with this Defendant and/or available database information.  I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States.  I have requested certification of this fact from the Records Branch of the Immigration Service.

(9)    <u>Prior Criminal History / Gang Affiliation</u>.  The Defendant has the following prior criminal history and/or gang affiliation:

a.  On September 21, 2023, the Defendant, using the name of Jesus Javier Tirado-Sanchez was convicted in the 361st District Court, Brazos County, Texas for the offense of POSS CS PG 2 LESS THAN ONE GRAM and was sentenced to 364 days confinement. Case No. 23-03300-CRF-361.

b.  On September 21, 2023, the Defendant, using the name of Jesus Javier Tirado-Sanchez was convicted in the 361st District Court, Brazos County, Texas for the offense of DRIVING WHILE INTOXICATED/OPEN ALCH CONTAINER and was sentenced to 180 days confinement. Case No. 23-00960-CRM-361.

c.  On September 21, 2023, the Defendant, using the name of Jesus Javier Tirado-Sanchez was convicted in the 361st District Court, Brazos County, Texas for the offense of POSSESSION OF MARIJUANA 0-2 OZ and was sentenced to 180 days confinement. Case No. 23-00961-CRM-361.

d.  On September 21, 2023, the Defendant, using the name of Jesus Javier Tirado-Sanchez was convicted in the 361st District Court, Brazos County, Texas for the offense of POSS CS PG 2 , LESS THAN ONE GRAM and was sentenced to 364 days confinement. Case No. 23-00863-CRF-361.

e.  On September 21, 2023, the Defendant, using the name of Jesus Javier Tirado-Sanchez was convicted in the 361st District Court, Brazos County, Texas for the offense of POSSESSION OF MARIJUANA 0-2 OZ and was sentenced to 180 days confinement. Case No. 21-02559-CRM-361.

(10)    On February 18, 2025, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint.  On or about that day, Assistant U.S. Attorney Christine Lu 713-417-8738 accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a) and (b).

Terry Matthias, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn telephonically before me this 19th day of February 2025, and I find probable cause.

Hon. Dena H. Palermo
United States Magistrate Judge
Southern District of Texas