Case 4:25-cr-00112   Document 6   Filed on 02/25/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 4:25-mj-00082-1 |
| | § | |
| JESUS JAVIER TIRADO-SANCHEZ | § | |
| | § | |
| | § | |

**ORDER OF DETENTION PENDING TRIAL**

A hearing in this matter was held on February 25, 2025. Assistant United States Attorney Christine Lu appeared on behalf of the United States; Natalie Awad appeared on behalf of Defendant Tirado-Sanchez. At the hearing, Defendant acknowledged that he understands his right to a prompt detention hearing and to require the Government to meet its burden of proving that no conditions of release exist which will reasonably assure his appearance in court and the safety of the community. Defendant knowingly and voluntarily waived that right, on the record and through counsel. For good cause shown, Defendant's request to waive the detention hearing is hereby **GRANTED**.

It is therefore **ORDERED** that:

(1) Defendant be detained pending trial;

(2) Defendant be committed to the custody of the Attorney General or a

designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.

(3) Defendant be afforded a reasonable opportunity to consult privately with counsel for his defense; and

(4) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility deliver Defendant to the United States marshal for a court appearance.

Signed on February 25, 2025, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge